Chambers of
JOSEPH A. DiCLERICO, JR.
District Judge

55 Pleasant Street, Room 400
Concord, New Hampshire 03301-3938
603-226-7746

August 8, 2007

**CONFIDENTIAL**

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.   20544

Re:   Amendments to 2006 Financial Disclosure Report

Dear Judge Smith:

Enclosed please find an original and three copies of amendments to my 2006 Financial Disclosure Report which reflect the Committee's determination that I should continue to report the use of the ███ boathouse as a gift.



I thank the Committee for its consideration of the boathouse matter.

Very truly yours,

Joseph A. DiClerico, Jr.
District Judge

United States District Court
District of New Hampshire

Chambers of
JOSEPH A. DiCLERICO, JR.
District Judge

55 Pleasant Street, Room 400
Concord, New Hampshire 03301-3938
603-226-7746

May 10, 2007

**CONFIDENTIAL**

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

Re:   2006 Financial Disclosure Report

Dear Judge Smith:

This is in response to your letter of May 2, 2007, in which you raise several issues concerning my 2006 Financial Disclosure Report.

Enclosed is a letter which sets forth amendments for Part VII, page 3, lines 22, 24, 25 and 29.

I trust that this has addressed the issues you raised. Thank you.

Very truly yours,

Joseph A. DiClerico, Jr.
District Judge

RECEIVED MAY 11 P 12: 17 FINANCIAL DISCLOSURE OFFICE

Chambers of

JOSEPH A. DiCLERICO, JR.

District Judge

55 Pleasant Street, Room 400

Concord, New Hampshire 03301-3938

603-226-7746

May 10, 2007

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

Re:  Amendment to 2006 Financial Disclosure Report

Dear Judge Smith:

The following amendments are made to my 2006 Financial
Disclosure Report:

1.   In Part VII, page 3, line 22, insert the following
     in Column B(2):  "None".

2.   In Part VII, page 3, line 24, insert the following
     in Column D(1):  "Buy"; insert the following in
     Column D(2):  "7/19"; insert the following in
     Column D(3):  "J".

3.   In Part VII, page 3, line 25, insert the following
     in Column D(1):  "Buy"; insert the following in
     Column D(2):  "10/10"; insert the following in
     Column D(3):  "J".

4.   In Part VII, page 3, line 29, insert the following
     in Column B(2):  "None".

                         Very truly yours,



                         Joseph A. DiClerico,
                         District Judge

| AO-10 (WP) Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT** <br> **FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* <br> DiClerico, Joseph A., Jr. | 2. Court or Organization <br> United States District Court <br> District of New Hampshire | 3. Date of Report <br> 4/17/2007 |
|---|---|---|

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

District Judge

**5a. Report Type (check appropriate type)**
___ Nomination, Date _____
___ Initial  _X_ Annual  ___ Final

**5b.** ___ Amended Report

**6. Reporting Period**
1/1/06 - 12/31/06

**7. Chambers or Office Address**
55 Pleasant Street, Room 400
Concord, NH 03301

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

2007 APR 19 A 11: 17 FINANCIAL DISCLOSURE OFFICE RECEIVED

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| [X] **NONE** (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| [ ] **NONE** (No reportable non-investment income.) | |
|---|---|
| 1  2006 | ███████████ |
| 2 | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Joseph A. DiClerico, Jr. | 4/17/2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

*Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Joseph A. DiClerico, Jr. | 4/17/2007 |

## VII. PAGE 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction |
| _____ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| **List A** | | | | | | | | | |
| 1   Sh. Com. AT&T | A | Div. | J | T | | | | | |
| 2   Alacatel Lucent (see line10) | None | | J | T | | | | | |
| 3   Sh. Com. Avaya, Inc. | None | | J | T | | | | | |
| 4   Sh. Com. Bristol-Myers Squibb | C | Div. | L | T | Partial Sale | 9/8 | J | | |
| 5   Sh. Com. Coca-Cola Co. | B | Div. | L | T | Partial Sale | 2/8 | J | A | |
| 6   Comcast | None | | J | T | | | | | |
| 7   Sh. Com. Community Bancorp | C | Div. | L | T | | | | | |
| 8   Sh. Com. Exxon Mobil | A | Div. | J | T | Partial Sale | 8/16 | J | A | |
| 9   Sh. Com. General Electric | D | Div. | N | T | Partial Sale | 2/24 | J | A | |
| 10  Sh. Com. Lucent Technologies (see line 2) | | | | | Merged Into Alcatel Lucent | 11/30 | J | | |
| | | | | | Partial Sale | 12/01 | J | | |

1 Income/Gain Codes:     A=$1,000 Or Less          B=1,001-$2,500          C=$2,501-$5,000          D-$5,001-$15,000          E=$15,001-$50,000
  (See Col. B1,D4)          F=$50,001-$100,000        G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2= More than $5,000,000

2 Value Codes:             J=$15,000 or less          K=$15,001-$50,000       L=$50,001-$100,000        M=$100,001-$250,000
  (See Col. C1,D3)          N=$250,001-$500,000        O=$500,000-$1,000,000   P1=$1,000,0001-$5,000,000   P2=$5,000,001-$25,000,000
                            P3=$25,000,001-$50,000,000                         P4=More than $50,000,000

3 Value Method Codes:      Q=Appraisal                R=Cost (real estate only)   S=Assessment            T=Cash/Market
  (See Col. C2)             U=Book Value               V=Other                     W=Estimated

## VII. PAGE 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction |
| 11 Sh. Com. NH Thrift Bankshares | A | Div. | K | T | | | | | |
| 12 Centennial Money Market Trust | B | Div. | K | T | | | | | |
| 13 Wachovia Securities Bank Deposit Sweep Option (formerly Moneymarket Fund) | A | Div. | J | T | | | | | |
| 14 Sh. Com Zimmer Holdings | None | | K | T | Partial Sale | 9/8 | J | A | |
| 15 Sh. Com. The Phoenix Companies Inc. | A | Div. | J | T | | | | | |
| 16 Phoenix Mutual Life Ins. Co. - Life Insurance | A | Div. | K | T | | | | | |
| 17 IRA Brokerage Account #1 American Balanced Fund Class C | A | Div.& Cap. Gain | J | T | | | | | |
| 18 IRA Brokerage Account #2 | | | | | | | | | |
| - American Balanced Fund Class C | B | Div. & Cap. Gain | K | T | | | | | |
| - Capital Income Builder Fund Class C | C | Div. & Cap. Gain | L | T | | | | | |
| **List B (formerly "List C")** | | | | | | | | | |
| 19 NH St. Cap. App. Zero Coup. Bnd. Col. Svgs. Program 8/1/07 | | None | J | T | | | | | |
| 20 NH Gen. Obl. Zero Coup. Bnd. Col. Svgs. Program (2) 8/1/09, 8/1/09 | | None | K | T | Purchased Additional Bonds | 8/1 | K | | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D-$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,0001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. PAGE 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction |
|---|---|---|---|---|---|---|---|---|---|
| 21 Souhegan NH Coop. School Dist. Cap. Apprec. Zero Coup. Bnd. 10/15/07 | | None | J | T | | | | | |
| 22 Puerto Rico G.O. Zero Coup. Bnd 7/1/06 | | | | | Matured | 7/1 | K | B | |
| 23 NH St. Cap. App. Col Svgs. Zero Coup. Bnd. 9/1/11 | | None | J | T | | | | | |
| 24 NH St. Col. Svgs. Zero Coup. Bnd. 8/1/10 | | None | J | T | | | | | |
| 25 NH St. Cap. App. Zero Coup. Bnd. Col. Svgs. Program 9/1/11 | | None | J | T | | | | | |
| 26 ▮▮▮▮ Accounts | A | Int. | K | T | Opened Additional Accounts | 7/3 8/14 | K | | |
| **List C (formerly "List D")** | | | | | | | | | |
| 27 ▮▮▮▮ Svgs. Bank Accounts | A | Int. | K | T | | | | | |
| 28 ▮▮▮▮ Svgs. Bank Accounts | A | Int. | | | Closed | 8/11 | K | E | |
| 29 Real Estate, ▮▮▮▮ NH 2006 Assessed value: $90,600. Assessed Value is 85.2% of fair market value for 2006, which is $106,338 | | | | | | | | | |
| 30 **Trust I** (see Part VIII) | E | Int. Div. & Cap. Gain | P1 | T | | | | | |
| 31 - Sh. Com. Bristol-Myers Squibb | | | | | | | | | |
| 32 - Sh. Com. Exxon Mobil Corp. | | | | | | | | | |
| 33 - Sh. Com. General Electric | | | | | | | | | |
| 34 - Sh. Com. IBM | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D-$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|

| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,0001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
|---|---|---|---|---|

| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |
|---|---|---|---|---|

## VII. PAGE 4  INVESTMENTS and TRUSTS  -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent,or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction |
| _____ NONE *(No reportable income, assets, or transactions.)* | | | | | | | | | |
| 35 - Centennial Money Market Trust | | | | | | | | | |
| 36 - Manchester NH G.O. Pub. Impvmt. Bnd. 7/1/15 | | | | | | | | | |
| 37 - ▓▓▓▓ Bank Account | | | | | Matured | 3/16 | L | C | |
| 38 - Capital Income Builder Fund - A | | | | | Buy | 4/10 | L | | |
| 39 - Income Fund of America Inc. | | | | | | | | | |
| 40 - ▓▓▓▓ Bank Account | | | | | Redeemed | 8/17 | L | B | |
| 41 - ▓▓▓▓▓▓▓▓▓ Bank Account | | | | | Redeemed | 11/7 | L | C | |
| 42 - ▓▓▓▓▓▓ | | | | | Buy | 11/13 | L | | |
| 43 **Trust II** (See Part VIII) | D | Int. Div. & Cap. Gain | N | T | | | | | |
| 44 - Centennial Money Market Trust/Cash | | | | | | | | | |
| 45 - Insured Muni Income Tr. #163 | | | | | Distribution of Principal | 12/25 | J | | |
| 46 - NH Municipal Bnd. Bk. 8/15/19 | | | | | | | | | |
| 47 - ▓▓▓▓ Svgs. Bank Account | | | | | Matured | 6/10 | M | C | |
| 48 - ▓▓▓▓ Bank Account | | | | | Matured | 3/16 | L | B | |
| 49 - ▓▓▓▓ Bank Account | | | | | Matured | 4/6 | L | B | |
| 50 - ▓▓▓▓ Commercial Mtg. Bank Account | | | | | Redeemed | 7/28 | L | C | |
| 51 - ▓▓▓▓ Mutual Bank Account | | | | | Redeemed Buy | 8/11 8/14 | L L | B | |
| 52 - ▓▓▓▓ Bank Account | | | | | Buy | 4/10 | L | | |
| 53 - ▓▓▓▓ Bank Account | | | | | Buy | 4/20 | L | | |

1 Income/Gain Codes: (See Col. B1,D4)  A=$1,000 Or Less  B=1,001-$2,500  C=$2,501-$5,000  D-$5,001-$15,000  E=$15,001-$50,000
F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2= More than $5,000,000

2 Value Codes: (See Col. C1,D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,000-$1,000,000  P1=$1,000,0001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book Value  V=Other  W=Estimated

## VII. PAGE 5  INVESTMENTS and TRUSTS  -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction |
| _____ NONE *(No reportable income, assets, or transactions.)* | | | | | | | | | |
| 54 - ▓▓▓▓ NA Account | | | | | Buy | 7/11 | L | | |
| 55 - ▓▓▓ Bank Account | | | | | Buy | 7/11 | K | | |
| 56 **Trust III** (See Part VIII) | E | Int. Div. & Rent | O | T&W | | | | | |
| 57 - Sh. Com. Archer Daniels | | | | | | | | | |
| 58 - Sh. Com. Bell South | | | | | | | | | |
| 59 - Sh. Com. CSX | | | | | | | | | |
| 60 - Sh. Com. Exxon Mobil | | | | | | | | | |
| 61 - Sh. Com. FPL Group | | | | | | | | | |
| 62 - Sh. Com. General Electric | | | | | | | | | |
| 63 - Sh. Com. Rockwell Automation | | | | | | | | | |
| 64 - Sh. Com. AT&T | | | | | | | | | |
| 65 - Sh. Com. Tri-Continental | | | | | | | | | |
| 66 - Sh. Com. Verizon | | | | | | | | | |
| 67 - Sh. Com. American Electric Power Co. | | | | | | | | | |
| 68 - ▓▓▓▓ Svgs. Bank Account | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D-$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,0001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. PAGE 6  INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent,or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transa |
| 69 - Rental Property - ████████SC | | | | | | | | | |
| 70 - Sh. Com. Rockwell Collins, Inc. | | | | | | | | | |
| 71 - Centennial Money Market Trust | | | | | | | | | |
| 72 - Portsmouth N.H. Gen. Obl. Bnds. 9/15/20 | | | | | | | | | |
| 73 - Sh. Com. Comcast Corp. New Class A | | | | | | | | | |
| 74 - Sh. Com. Idearc Inc. | | | | | Spin Off from Verizon | 11/17 | J | | |
| 75 **Trust IV** (See Part VIII) | B | Int. & Div. | L | T | | | | | |
| 76 - Evergreen Funds - Tax Free Municipal Bond Fund A | | | | | Redemption | 12/8 & 12/18 | L | D | |
| 77 - ████████Svgs. Bank Account | | | | | | | | | |
| 78 - Centennial Money Market Trust | | | | | Open | 12/18 | L | | |
| 79 - **Trust V** | F | Int. & Div. | P2 | T | | | | | |
| 80 - Centennial Gov't Trust | | | | | Redeem | 12/11 | K | A | |
| 81 - Sh Com AT&T | | | | | Sell | 12/8 | L | C | |
| 82 - BP PLC - Sponsored ADR | | | | | Sell | 12/8 | L | B | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,0001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. PAGE 7  INVESTMENTS and TRUSTS  --  income, value, transactions *(Includes those of*

*spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross Value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent,or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transa |
| 83 - Sh. Com.<br>Bellsouth Corp. | | | | | Sell | 12/8 | L | C | |
| 84 - Sh. Com.<br>Dominion Res. Inc. VA | | | | | Sell | 12/8 | L | B | |
| 85 - Sh. Com.<br>Duke Energy Corp. | | | | | Sell | 12/8 | K | B | |
| 86 - Sh. Com.<br>Exxon Mobile Corp. | | | | | Partial Sale | 12/8 | P1 | G | |
| 87 - Sh. Com.<br>FPL Group Inc. | | | | | Sell | 12/8 | K | D | |
| 88 - Sh. Com.<br>General Electric | | | | | Partial Sale | 12/8 | P2 | | |
| 89 - Sh. Com.<br>TECO Energy Inc. | | | | | Sell | 12/8 | J | A | |
| 90 - Thales - Sponsored ADR | | | | | Sell | 12/8 | J | A | |
| 91 - Sh. Com.<br>Verizon | | | | | Sell | 12/8 | K | | |
| 92 - Sh. Com.<br>WPS Resources Corp. | | | | | Sell | 12/8 | L | A | |
| 93 - NH Mun. Bnd Bank Series E 8/15/09 | | | | | Sell | 12/8 | K | | |
| 94 - Portsmouth NH OID 9/15/20 | | | | | Sell | 12/8 | L | A | |
| 95 - NH ST. TPK.SYs. 2/1/21 | | | | | Sell | 12/8 | K | | |
| 96 - Manchester NH ARPT. RV Series B OID 1/1/32 | | | | | Sell | 12/8 | J | | |
| 97 - Columbia Funds, Trust IX Fund Class A Shs. | | | | | Sell | 12/8 | L | A | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less<br>F=$50,001-$100,000 | B=1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D-$5,001-$15,000    E=$15,001-$50,000<br>H2= More than $5,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,000-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,0001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

## VII. PAGE 8  INVESTMENTS and TRUSTS  —  income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent,or int.) | C. Gross Value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transa |
|---|---|---|---|---|---|---|---|---|---|
| 98 - Sh. Com. Idearc | | | | | Spin off from Verizon | 11/17 | J | | |
| | | | | | Sell | 12/8 | J | | |
| 99 - Sh. Com. Nationwide Financial Services Class A | | | | | Sell | 12/8 | J | A | |
| 100 - Centennial Money market Trust | | | | | Open | 12/11 | J | | |
| 101 - ▮▮▮▮ Bank Account | | | | | | | | | |
| 102 - ▮▮▮▮ Bank Account | | | | | | | | | |
| 103 - **Trust VI** | B | Int. & Div. | M | T | | | | | |
| 104 - Sh. Com. AGL Resources | | | | | | | | | |
| 105 - Sh. Com. Bellsouth Corp. | | | | | | | | | |
| 106 - Sh. Com. Bristol Myers Squibb | | | | | | | | | |
| 107 - Sh. Com. Exxon | | | | | | | | | |
| 108 - Sh. Com. Idearc | | | | | Spin off from Verizon | 11/17 | J | | |
| 109 - Sh. Com. JP Morgan & Chase | | | | | | | | | |
| 110 - Sh. Com. Verizon | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D-$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,0001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VII. PAGE 9  INVESTMENTS and TRUSTS  --  income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transa |
| 111 - NH Mun. Bnd Bk 1/15/08 | | | | | | | | | |
| 112 - Portsmouth NH Zero Coup. Bnd 9/15/20 | | | | | | | | | |
| 113 - Centennial Money Market Trust | | | | | | | | | |
| 114 - **Trust VII** | A | Int. & Div. | L | T | | | | | |
| 115 - Sh. Com. Bank of NY | | | | | | | | | |
| 116 - Sh. Com. Dupont E.I. Demour | | | | | | | | | |
| 117 - Sh. Com. Idearc Inc. | | | | | | | | | |
| 118 - Sh. Com. Verizon | | | | | | | | | |
| 119 - Portsmouth NH Zero Coup. Bnd 8/15/20 | | | | | | | | | |
| 120 - Centennial Money Market Trust | | | | | | | | | |
| | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1,D4) | A=$1,000 Or Less F=$50,001-$100,000 | B=1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D-$5,001-$15,000 H2= More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|

| 2 Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,000-$1,000,000 | L=$50,001-$100,000 P1=$1,000,0001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
|---|---|---|---|---|

| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |
|---|---|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Part VII - INVESTMENTS AND TRUSTS

Lines 79, 103 and 114 - On October 18, 2006, these trusts became reportable. The income reported for these trusts in Part VII, Section B(1) is the income that accrued between October 18, 2006, and December 31, 2006.

Line 79 - The gains listed for Trust V in Part VII, Section D(4) represent the appreciation of an asset from October 18, 2006, to the date it was sold. Any loss was determined using the same time frame.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date _April 17, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544